## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Humphrey Brock, Jr.,          * From the 104th District
Court of Taylor County,
Trial Court No. 17957B.

Vs. No. 11-11-00252-CR      * August 22, 2013

The State of Texas,            * Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.